640

No. 845.   FLORIDA EX REL. YOEMAN v. CITY OF SARA-
SOTA; and
No. 846.   FLORIDA EX REL. GARLAND v. SAME.
April 22, 1940.
Per Curiam: The motions to dismiss are granted and the
appeals are dismissed for the reason that the judgments of
the state court are based upon a non-federal ground ade-
quate to support them. *Farson, Son & Co. v. Bird*, 248
U. S. 268, 271; *Doyle v. Atwell*, 261 U. S. 590; *McCoy v.
Shaw*, 277 U. S. 302. *Messrs. Stuart B. Warren, George W.
Wylie*, and *J. Velma Keen* for appellants. *Messrs. J. J. Wil-
liams, Jr.* and *Francis C. Dart* for appellee.

No. 836.   SUPERIOR COURT OF CALIFORNIA, IN AND FOR
THE CITY AND COUNTY OF SAN FRANCISCO, ET AL. v.
EVANS, BUILDING AND LOAN COMMISSIONER.
April 22, 1940.   *Per Cu-
riam:* The motion to dismiss is granted and the appeal is
dismissed for the want of a properly presented federal ques-
tion. *Godchaux Co. v. Estopinal*, 251 U. S. 179; *Rooker
v. Fidelity Trust Co.*, 261 U. S. 114, 117; *Herndon v.
Georgia*, 295 U. S. 441, 443. *Messrs. Wm. M. Cannon*
and *W. H. Orrick* for appellants. *Messrs. O. K. Cushing,
Charles S. Cushing, Everett S. Layman,* and *Bartley C.
Crum* for appellee.